BEFORE THE THIRD DIVISION, MAY 14, 1959

No. 63065.—I. Miller & Sons, Inc. *v.* United States, protest 58/3649 (New York).

Opinion by Johnson, J. An examination of collector's memorandum, received in evidence at the trial, indicating that the merchandise would now be entitled to free entry, the claim of the plaintiff was sustained.